In the Matter of a Plan of Readjustment, Modification or Reorganization of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Known as 200-6 Marcy Place, Borough and County of Bronx, City and State of New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY, Guarantee No. 210,669. LOUIS H. PINK, Superintendent of Insurance, etc. FELIX A. MULDOON and Others. MORTGAGE COMMISSION OF THE STATE OF NEW YORK. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. ELSIE EMMA STAUBUS, as Ancillary Administratrix c. t. a., etc., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN P. GRIFFITH and Another, as Executors, etc., of JOHN GRIFFITH, Deceased, v. MARYLAND STATE FAIR, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore Cohn and Callahan, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, etc., v. DORIS LEWIS, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GRAMERCY PARK APARTMENTS, INC., v. B'WAY AND 82ND CO., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY HEITKEMPER v. THE TRUSTEES OF BELLEVUE AND ALLIED HOSPITALS, at Bellevue Hospital, in the City of New York. AUSTIN H. MACCORMICK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of HARRY LIEBERMAN for a Review of the Actions of HERMAN N. LIEBERMAN and ETTA L. BAUM, as Trustees, etc., of ISAAC LIEBERMAN, Deceased, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

INTERBOROUGH RAPID TRANSIT COMPANY v. NEW YORK RAPID TRANSIT CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., O'Malley Townley and Glennon, JJ.

ABRAHAM WERBELOVSKY and LUKCITY, INC., and Others v. SAMUEL STRAUSBERG and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.